UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
OMAR GELZER,

                Petitioner,      04-CV-3433 (TCP)

  -against-                **MEMORANDUM** and **ORDER**

UNITED STATES OF AMERICA,

                Respondent.
------------------------------------------------------------X

PLATT, District Judge

        The detainer presently on file with the Department of Corrections, State of Georgia should be, according to the United States Attorney's Office in this District, vacated (see letter dated February 27, 2007) and accordingly the same is vacated and it is

SO ORDERED.

                                          /s/_____

                                          Thomas C. Platt, U.S.D.J.

Dated:       Central Islip, New York

                March 29, 2007